**FILED**

12/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0373

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
Supreme Court Cause No. DA 20-0373

PAUL S. PARISER,                                )
                                                )
     Petitioner and Appellee,              )
                                                )
  and.                                          )
                                                )
JUDITH SHRIAR,                                  )
                                                )
     Respondent and Appellant.             )
                                                )    **ORDER GRANTING EXTENSION**
JUDITH SHRIAR,                                  )    **OF TIME**
                                                )
     Counter Plaintiff and Appellant,      )
                                                )
  v.                                            )
                                                )
PAUL S. PARISER,                                )
                                                )
     Counter Defendant and Appellee.       )
                                                )

UPON motion of Appellee, having an objection from Appellant, and good cause appearing therein;

IT IS HEREBY ORDERED that Appellee's second motion for extension of time up to, and including 30 days, to prepare and file his answer to Appellant's Opening Brief (and Request for Oral Argument) in regard to this appeal pursuant to Rule 26(2) of the Rules of Appellate Procedure, is granted. Appellee shall have up to, and including, January 11, 2021, to file his answer to Appellant's Opening Brief (and Request for Oral Argument).

DATED this _____ day of December, 2020.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 9 2020